*Mr. D. M. Durfee,* and *Mr. J. Shull,* for Appellant.

*Mr. Geo. A. Maywood,* for Respondent.

---

No. 1,986.—H. L. MAURY, RESPONDENT, *v.* J. H. FARISS, APPELLANT.

*Appeal from District Court, Silver Bow County; William Clancy, Judge.*

On motion to dismiss appeal.

Decided October 15, 1904.

PER CURIAM.—This appeal is hereby dismissed as per stipulation of counsel for respective parties.

*Mr. Thomas J. Walker, Mr. Geo. F. Shelton,* and *Mr. J. J. McHatton,* for Appellant.

*Mr. J. E. Healy,* for Respondent.